```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

          FEB 08 2023
            AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                      DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. CR23-017 RAJ<br><br>PRAECIPE FOR A SUMMONS |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

Stephen Alexander Baird
c/o Vanessa Pai-Thompson
1601 Fifth Avenue, Suite 700
Seattle, WA 98101

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge Michelle L. Peterson, on February 16, 2023, at 10:00 a.m., to answer to an Indictment charging violations of Title 18, U.S.C. Section 1343 and Section 2.

SUMMONS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 8th day of February, 2023.

*s/ Seth Wilkinson*
SETH WILKINSON

**SECRET: YES** _____ **NO** \_\_X\_\_

SUMMONS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970