JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEPHEN ALEXANDER BAIRD, ) <br> ) <br> Defendant. ) <br> ) | No. CR23-017-RAJ <br><br> NOTICE OF APPEARANCE <br> OF COUNSEL |

NOTICE IS GIVEN that Sara Brin appears as counsel for Stephen Baird. It is requested that notice of all filings be served upon the undersigned.

DATED this 9th day of February 2023.

Respectfully submitted,

s/ *Sara Brin*
WSBA # 52476
Assistant Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100
Fax: (206) 553-0120
sara_brin@fd.org

NOTICE OF APPEARANCE
(*U.S. v. Baird*, CR23-017-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100