JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-017-RAJ |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| STEPHEN ALEXANDER BAIRD, | |
| Defendant. | |

NOTICE IS GIVEN that Heather Carroll withdraws as counsel for Stephen Baird. Pursuant to LCR 83.2(b)(3), undersigned counsel confirm that Mr. Baird remains represented by Sara Brin.

DATED this 9th day of February 2023.

Respectfully submitted,

s/ *Sara Brin* (current)
WSBA # 52476
Assistant Federal Public Defender

s/ *Heather Carroll* (withdrawing)
WSBA # 36706
Assistant Federal Public Defender

Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
Phone: (206) 553-1100

NOTICE OF WITHDRAWAL
(*U.S. v. Baird,* CR23-017-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**