The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. CR23-017-RAJ<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE UNITED STATES** |

PLEASE TAKE NOTICE that Assistant United States Attorney ("AUSA") Jehiel I. Baer appears on behalf of the United States for the specific purpose of litigating the forfeiture aspects of this case. Going forward, please serve copies of all pleadings, court documents, and correspondence on AUSA Baer at:

> JEHIEL I. BAER
> Assistant United States Attorney
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, WA 98101
> (206) 553-2242
> Jehiel.Baer@usdoj.gov

Notice of Appearance - 1
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 17th day of February, 2023.

Respectfully submitted,
NICHOLAS W. BROWN
United States Attorney

*s/Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Notice of Appearance - 2
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-2242
Fax: 206-553-6934
Hannah.Williams2@usdoj.gov

Notice of Appearance - 3
*United States v. Baird,* CR23-017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970