JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN A. BAIRD,<br><br>　　　　　　Defendant. | No. 2:23-cr-00017-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE AND SETTING CASE SCHEDULE |

　　　　THE COURT has considered Defendant Stephen A. Baird's unopposed motion to continue the trial date and pretrial motions deadline, and the parties' Stipulated Motion for Scheduling Order, and finds that:

　　　　(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

　　　　(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

　　　　(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE AND
SETTING CASE SCHEDULE
(*U.S. v. Baird*, 2:34-cr-00017-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of April 24, 2023, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

IT IS THEREFORE ORDERED that Defendant's Motion to Continue Trial Date (Dkt. 20) is GRANTED.  The trial date in this matter shall be continued to January 29, 2024.  The parties' Stipulated Motion for Scheduling Order (Dkt. 22) is GRANTED and the Court imposes the following briefing and disclosure schedule:

- Government expert reports:      September 15, 2023
- Defense expert reports:         October 16, 2023
- Pretrial motions:               November 17, 2023
- Oppositions to pretrial motions: December 1, 2023
- Replies:                        December 8, 2023
- Motions in limine:              January 5, 2024
- Responses to motions in limine: January 12, 2024

///
///
///
///
///
///
///
///

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE AND
SETTING CASE SCHEDULE
(*U.S. v. Baird*, 2:34-cr-00017-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | The Court further ORDERS that the period of delay from the date of this order to
2 | the new trial date of January 29, 2024, is excludable time pursuant to 18 U.S.C. §§
3 | 3161(h)(7)(A) and (h)(7)(B)(iv).
4 |
5 | DATED this 17th day of March, 2023.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE AND
SETTING CASE SCHEDULE
(*U.S. v. Baird*, 2:34-cr-00017-RAJ) - 3

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**