JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-017-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| STEPHEN A. BAIRD, | |
| Defendant. | |

THE COURT has considered Stephen Baird's unopposed motion to modify conditions of his pretrial release and the records in this case. The motion (Dkt. 26) is GRANTED. Mr. Baird's special condition of bond shall be modified to state:

The defendant shall maintain a single joint checking account with his name on the account. The defendant shall deposit into this account all income, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses. The defendant shall disclose all transactions above $10,000 in a sealed filing with the Court. This includes all transactions involving partnerships, corporations, or other business entities partly or wholly controlled by the defendant or his spouse.

All other conditions of release remain in place.

DATED this 5th day of April, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER MODIFYING
CONDITIONS OF RELEASE
(*U.S. v. Baird*, CR23-017-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100