JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00017-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL NOTICE |
| STEPHEN ALEXANDER BAIRD, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Stephen Baird to file the Notice of Financial Disbursement under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the motion (Dkt. 29) is GRANTED. The Notice of Financial Disbursement shall remain filed under seal.

DATED this 6th day of April 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO SEAL NOTICE
(*U.S. v. Baird,* CR22-017-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100