The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. 2:23-cr-00017-RAJ<br><br>ORDER MODIFYING EXPERT DISCLOSURE DEADLINES |

THIS MATTER came before the Court on the parties' agreed motion to modify the expert disclosure deadlines. The motion (Dkt. 34) is GRANTED. The government's expert report deadline is extended to October 16, 2023. Defendant's expert report deadline is extended to November 6, 2023.

DATED this 7th day of August, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING EXPERT REPORT DEADLINES - 1
*United States v. Baird,* 2:23-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970