The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00017-RAJ |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| STEPHEN ALEXANDER BAIRD, | |
| Defendant. | |

The Court has reviewed parties' Agreed Motion for Scheduling Order, and the records and files in the case and GRANTS the agreed motion (Dkt. 46). The Court orders the parties to adhere to the following briefing and disclosure schedule:

- Defense expert reports:            February 2, 2024
- Pretrial motions:                  April 26, 2024
- Responses to pretrial motions:     May 10, 2024
- Replies:                           May 17, 2024
- Motions in limine:                 May 31, 2024
- Responses to motions in limine:    June 12, 2024
- Pretrial Conference:               June 14, 2024 at 11:00 am

DATED this 16th day of January, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

SCHEDULING ORDER
*United States. v. Baird*, CR23-017 RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970