The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN ALEXANDER BAIRD,<br><br>Defendant. | NO. 2:23-cr-00017-RAJ<br><br>SCHEDULING ORDER |

This matter came before the Court on the parties' Agreed Motion for Scheduling Order. The Motion (Dkt. 55) is GRANTED. The parties and the United States Probation and Pretrial Services Office shall observe the following deadlines:

| Date | Event |
|---|---|
| July 26, 2024 | Probation to provide draft Presentence Report to the parties |
| August 9, 2024 | Parties provide objections to Presentence Report to Probation |
| August 30, 2024 | Final Presentence Report due |
| September 13, 2024 | Parties file briefs with objections or additions to Presentence Report |
| September 20, 2024 | Parties file responsive briefs |

SCHEDULING ORDER - 1
*United States v. Baird,* 2:23-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Date | Event |
|---|---|
| October 4, 2024 at 9:00 am | Evidentiary hearing (if necessary) to resolve guideline and other contested issues |
| October 18, 2024 | Sentencing memoranda due |
| October 25, 2024 at 9:00 am | Sentencing hearing |

SO ORDERED.

DATED this 21st day of June, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

SCHEDULING ORDER - 2
*United States v. Baird,* 2:23-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970