The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:23-cr-00017-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL |
| STEPHEN ALEXANDER BAIRD, | |
| Defendant. | |

The Court has reviewed the Government's Motion to Seal Documents. The Court finds that the documents at issue are sensitive and personal because they contain the names and financial information of victims of the offense, and therefore the Motion to Seal (Dkt. 67) is GRANTED.

It is ORDERED that Exhibits 1 and 2 to the Declaration of Glenese L. Klein, and Exhibit 2 to the Declaration of Jessica M. Ly, shall remain sealed.

DATED this 25th day of October, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Baird* / 2:23-cr-00017-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970